1  John K. Buche (SBN 239477)
2  Byron E. Ma (SBN 299706)
   BUCHE & ASSOCIATES, P.C.
3  875 Prospect, Suite 305
   La Jolla, California 92037
4  Tel: 858.459.9111
5  jbuche@buchelaw.com
   bma@buchelaw.com
6  *Attorneys for Plaintiff*
7  *With-U E-Commerce (Shanghai) Co., Ltd.*

8  Marko R. Zoretic (SBN 233,952)
   marko.zoretic@knobbe.com
9  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
10 Irvine, CA  92614
11 Phone: (949) 760-0404
   Facsimile: (949) 760-9502
12
13 *Attorneys for Defendants*
   *Global Shade Corporation*
14 *and Jian He, an individual*

15                IN THE UNITED STATES DISTRICT COURT

16              FOR THE CENTRAL DISTRICT OF CALIFORNIA

17                         SOUTHERN DIVISION

| | |
|---|---|
| WITH-U E-COMMERCE (SHANGHAI) CO., LTD., a China limited corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>GLOBAL SHADE CORPORATION, a California corporation; JIAN HE, an individual; and, DOES 1-10.<br><br>           Defendants. | Case No. 8:20-cv-00917-JVS-JDE<br><br>**STIPULATION TO DISMISS CAUSES OF ACTION WITH PREJUDICE; AND ORDER THEREON**<br><br>Hon. Judge James V. Selna |

Plaintiff With-U E-Commerce (Shanghai) Co., Ltd. (With-U") and Defendants Global Shade Corporation and Jian He ("Defendants"), by and through their counsel of record, hereby stipulate to the dismissal with prejudice of With-U's Second Cause of Action (alleged false marking under 35 U.S.C. § 292), Third Cause of Action (alleged false advertising under 15 U.S.C. § 1125(a)), Fourth Cause of Action (alleged common law unfair competition), and Fifth Cause of Action (alleged unfair competition under Cal. Bus. Prof. Code § 17200 et seq.) with each party to bear its own costs, expenses and attorneys' fees as to the dismissed claims. This Stipulation does not affect With-U's First Cause of Action (alleged patent infringement of U.S. Patent No. 10,273,710) still pending in the action.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: December 8, 2022   By: /s/ Marko R. Zoretic
Marko R. Zoretic
*Attorneys for Defendants
Global Shade Corporation
and Jian He, an individual*

BUCHE & ASSOCIATES, P.C.

By: /s/ John K. Buche
John K. Buche (CSBN 239477)
Byron E. Ma (CSBN 299706)

*Attorneys for Plaintiff
With-U E-Commerce (Shanghai) Co., Ltd*