IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WITH-U E-COMMERCE (SHANGHAI) CO., LTD., a China limited corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL SHADE CORPORATION, a California corporation; JIAN HE, an individual; and, DOES 1-10.<br><br>Defendants. | Case No. 8:20-cv-00917-JVS-JDE<br><br>**ORDER GRANTING DISMISSAL OF CAUSES OF ACTION WITH PREJUDICE**<br><br>Hon. Judge James V. Selna |

Having considered the Stipulation between Plaintiff With-U E-Commerce (Shanghai) Co., Ltd. ("With-U"), and Defendants Global Shade Corporation and Jian He, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that With-U's Second Cause of Action (alleged false marking under 35 U.S.C. § 292), Third Cause of Action (alleged false advertising under 15 U.S.C. § 1125(a)), Fourth Cause of Action (alleged common law unfair competition), and Fifth Cause of Action (alleged unfair competition under Cal. Bus. Prof. Code § 17200 et seq.) be dismissed and hereby are dismissed with prejudice with each party to bear its own costs, expenses and attorneys' fees to the dismissed claims.

**IT IS SO ORDERED:**

Dated: December 08, 2022        By: _____
                                    Hon. James V. Selna
                                    United States District Court Judge